**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Robin M. Heine,                         )      No. CV 06-865-PHX-JAT
                                        )
            Plaintiff,                  )      **ORDER**
                                        )
vs.                                     )
                                        )
                                        )
Sagebrush Solutions, LLC,               )
                                        )
            Defendant.                  )
                                        )
_____)

Pending before the Court is Defendant's Motion to Amend Judgment (Doc. # 43). Defendant requests that the Court amend the March 20, 2007, Judgment to reflect that the interest award on the penalty provided in A.R.S. § 23-360 begins to run on August 30, 2005, instead of July 20, 2005.

A.R.S. § 23-360 states that "[a]n employer who has been ordered by . . . a court to pay wages due an employee and who fails to do so within ten days after the order becomes final is liable to pay the employee an amount which is equal to treble the amount of unpaid wages and which shall be subject to interest at the legal rate."  Defendant argues that, under A.R.S. § 23-360, the pre-judgment interest on the $99,329.76 award should not begin accruing until August 30, 2005, the day after Defendant's time to satisfy the state court judgment without penalty expired, rather than July 20, 2005, the date that the state court judgment was entered.

Defendant failed to raise any objection to Plaintiff's request that the interest under A.R.S. § 23-360 begin accruing on July 20, 2005; however, the Court finds that Defendant

1    is correct in its interpretation of the statute.

2            Accordingly,

3            IT IS ORDERED that Defendant's Motion to Amend Judgment (Doc. # 43) is

4    GRANTED.

5            IT IS FURTHER ORDERED that the Clerk of Court shall amend the March 20, 2007,

6    Judgment to reflect that the pre-judgment interest on the $99,329.76 award shall accrue from

7    August 30, 2005, to March 20, 2007, the date of the Judgment herein, instead of from July

8    20, 2005.

9            DATED this 3rd day of April, 2007.

10

11

12                                            _____
                                              James A. Teilborg
13                                            United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                      - 2 -